No. 311. El Pueblo v. Salort.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en febrero 7, 1911. Confirmada la sentencia apelada. Abogado del apelante: Sr. Eduardo Cautiño. Abogado del apelado: Sr. Jesús M. Rossy. Fiscal.

---

No. 661. Rivera v. Cámara.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para que se desestime la apelación. Resuelto en febrero 13, 1911. Denegada la moción. Abogado del promovente: Sr. O. M. Wood. Abogado de la parte contraria: Sr. José Martínez Dávila.

---

No. 316. El Pueblo v. Rojas et al.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en febrero 14, 1911. Confirmada la sentencia apelada. Abogado de los apelantes: Sr. Francisco Cervoni. Abogado del apelado: Sr. Jesús M. Rossy, Fiscal.

---

No. 675. Goenaga v. Goenaga.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en febrero 14, 1911. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 40 del Reglamento del Tribunal Supremo. Abogado del promovente: Sr. Emidgio S. Ginorio. Abogado de la parte contraria: Sr. Juan Guzmán Benítez.

---

No. 332. El Pueblo v. Cruz.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en marzo 15, 1911. Confirmada la sentencia apelada. Abogado del apelante: Sr. Pascasio Fajardo. Abogado del apelado: Sr. Jesús M. Rossy, Fiscal.